IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CALVENN N. WOGOU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   8:10CV291 |
| | ) |
| OMAHA PUBLIC POWER DISTRICT, | )   ORDER TO SHOW CAUSE |
| | ) |
| Defendant. | ) |
| | ) |

The records of the court show that, by letter dated August 3, 2010, attorney Aaron F. Smeall was directed to pay the 2009/2010 biennial attorney assessment fee, as required by NEGenR 1.7(h) within 15 days. The Clerk of the Court advises that, as of this date, Mr. Smeall has not complied with this requirement. Under NEGenR 1.7(h), failure to pay the assessment is cause to remove an attorney from the court's roll.

**IT IS ORDERED:**

1. On or before **March 15, 2011**, attorney Aaron F. Smeall shall pay the 2009/2010 biennial attorney assessment fee, as required by NEGenR 1.7(h), or show cause by written affidavit why he cannot comply with the rules of the court.

2. The Clerk shall transmit a copy of this order to Aaron F. Smeall at his last known address.

**DATED March 9, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**